**James P. HUNT, Appellant,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent.**

No. WD 50008.

Missouri Court of Appeals, Western District.

Aug. 1, 1995.

Virgil D. Rodgers, II, Sedalia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jane A. Barkley, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Independence, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

## *ORDER*

PER CURIAM:

Appeal from a judgment, after trial to the court, sustaining the administrative suspen-

sion of James P. Hunt's driver's license based on his operation of a motor vehicle while the alcohol concentration in his blood was .10% or more by weight.

Affirmed. Rule 84.16(b).